**IN THE UNITED STATES BANKRUPCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| Robert C. Stuparits and | ) | |
| Kathryn L. Stuparits | ) | Case No.:  14-29186 |
| | ) | |
| Debtors, | ) | Honorable A. Benjamin Goldgar |

## NOTICE OF FILING

To: See attached Service List

**PLEASE TAKE NOTICE** that on **December 7, 2017**, there was electronically filed with the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, **First American Bank's Response to Notice of Final Cure Payment,** and this Notice of Filing, *copies* of which are attached hereto and served upon you herewith.

MOMKUS McCLUSKEY ROBERTS, LLC


By:   /s/ Martin D. Tasch


MOMKUS McCLUSKEY ROBERTS, LLC
1001 Warrenville Road, Suite 500
Lisle, IL  60532
Ph:  630-434-0400; Fax:  630-434-0444
Attorneys for Creditor, First American Bank
ARDC No.:  6191680
W:\6000_9900\6665.171468 Stuparits\bk docs\NOF Response to final cure.docx

## PROOF OF SERVICE

Under penalties as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned non-attorney certifies that she served a true and correct copy of this Notice of Filing and all referenced enclosures, to all counsel/parties of record, VIA PACER on December 7, 2017.

/s/   Cynthia Bednarski

**IN THE UNITED STATES BANKRUPCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| Robert C. Stuparits and | ) | |
| Kathryn L. Stuparits | ) | Case No.:  14-29186 |
| | ) | |
| Debtors, | ) | Honorable A. Benjamin Goldgar |

## SERVICE LIST

**Service by Electronic Service Via PACER:**

**Peter C. Bastianen**
Codilis and Associates
15W030 N. Frontage Rd., Suite 100
Burr Ridge, IL 60527
Email:  ND-Four@il.cslegal.com
*Assigned: 04/18/2017*

**Edwin L Feld**
Edwin L Feld & Associates, LLC
1 N LaSalle Street Suite 1225
Chicago, IL 60602
Email:  notice@edfeldlaw.com
*Assigned: 08/08/2014*

**Terri M Long**
Law Office of Terri M. Long
2056 Ridge Road
Homewood, IL 60430
Email:  tmlong@tmlong.com
*Assigned: 09/04/2014*

**Gloria C Tsotsos**
Codilis & Associates PC
15W030 North Frontage Rd Suite 100
Burr Ridge, IL 60527
Email:  nd-two@il.cslegal.com
*Assigned: 04/26/2017*